CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SWIRE SHIPPING LTD.,                          :
                                              :
                                              :
                    Plaintiff,                :   08-CV-9185
                                              :
          v.                                  :   **NOTICE OF**
                                              :   **APPEARANCE**
PT. MASKAPAI PELAYARAN PULAU LAUT,            :
                                              :
                    Defendants.               :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       November 24, 2008

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                         By:  _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ 07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email: reisert@navlaw.com